# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 23, 2018

## NO.  03-17-00516-CV

**James Andy Fry, Appellant**

**v.**

**Richard F. Davis, Susan A. Swete and Rhett Hoestenbach, Appellees**

---

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on January 5, 2017.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment.  Therefore, the Court affirms the trial court's judgment.  Appellant shall pay all costs relating to this appeal, both in this Court and the court below.